UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 16-26019 |
| | ) | |
| CLAUDIO DE SANTIAGO and | ) | Hon. Carol A. Doyle |
| CARMEN DE SANTIAGO, | ) | |
| | ) | |
| Debtors. | ) | |

### Certificate Of Service

I, Steven R. Radtke, hereby certify that on **September 29, 2017**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/  Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

SantiagoNFRCrtSrv

# SERVICE LIST
## CLAUDIO DE SANTIAGO and CARMEN DE SANTIAGO, DEBTORS
## CASE NO. 16-26019

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Claudio De Santiago
5306 S Kilpatrick Ave
Chicago, IL 60632-4933

Carmen De Santiago
5306 S Kilpatrick Ave
Chicago, IL 60632-4933

American InfoSource LP
as agent for TD Bank, USA
PO Box 248866
Oklahoma City, OK 73124-8866

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

BMW Financial Services NA, LLC
P.O. Box 165028
Irving, TX 75016-5028

Capital One N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Portfolio Recovery Associates LLC
Successor to Citibank, N.A. (Best Buy)
PO Box 41067
Norfolk VA 23541-1067

Portfolio Recovery Associates LLC
Successor to Citibank, N.A. (The Home Depot)
PO Box 41067
Norfolk VA 23541-1067

Portfolio Recovery Associates LLC
Successor to Citibank, N.A. (The Home Depot)
PO Box 41067
Norfolk VA 23541-1067

Portfolio Recovery Associates LLC
Successor to Citibank, N.A. (Old Navy)
PO Box 41067
Norfolk VA 23541-1067

SantiagoTFRSrvList

1