UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Claudio De Santiago | § | Case No. 16-26019 |
| Carmen De Santiago | § | |
| | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 115,995.00 *(Without deducting any secured claims)* | Assets Exempt: 19,000.00 |
| Total Distributions to Claimants: 9,566.35 | Claims Discharged Without Payment: 144,040.38 |
| Total Expenses of Administration: 2,033.65 | |

3) Total gross receipts of $ 11,600.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 11,600.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 99,864.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,033.65 | 2,033.65 | 2,033.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 52,987.43 | 38,849.76 | 38,849.76 | 9,566.35 |
| **TOTAL DISBURSEMENTS** | $ 152,851.43 | $ 40,883.41 | $ 40,883.41 | $ 11,600.00 |

4) This case was originally filed under chapter 7 on 08/12/2016 . The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/17/2018              By: /s/STEVEN R. RADTKE
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Contract For Sale Of Laazteca, 1708 Franklin Street, Michiga | 1129-000 | 11,600.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 11,600.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Honda Finance, 2170 Point Blvd Elgin, IL 60123-7885 | | 21,204.00 | NA | NA | 0.00 |
| | Ocwen Loan Servicing L, 12650 Ingenuity Dr Orlando, FL 32826-2703 | | 78,660.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 99,864.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 1,910.00 | 1,910.00 | 1,910.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 22.24 | 22.24 | 22.24 |
| Associated Bank | 2600-000 | NA | 101.41 | 101.41 | 101.41 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,033.65 | $ 2,033.65 | $ 2,033.65 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

# EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Alphera Financial Serv, PO Box 3608 Dublin, OH 43016-0306 |  | 13,655.97 | NA | NA | 0.00 |
|  | Capital One N.A., PO Box 30287 Salt Lake City, UT 84130-0287 |  | 1,237.00 | NA | NA | 0.00 |
| 1 | American Infosource Lp As Agent For | 7100-000 | 10,334.00 | 10,334.73 | 10,334.73 | 2,544.82 |
| 3 | American Infosource Lp As Agent For | 7100-000 | 351.00 | 950.14 | 950.14 | 233.96 |
| 4 | Bmw Financial Services Na, Llc | 7100-000 | 12,286.46 | 12,286.46 | 12,286.46 | 3,025.41 |
| 5 | Capital One Na | 7100-000 | 145.00 | 299.40 | 299.40 | 73.72 |
| 2 | Discover Bank | 7100-000 | 1,307.00 | 1,307.64 | 1,307.64 | 321.99 |
| 6 | Portfolio Recovery Associates, Llc | 7100-000 | 1,190.00 | 1,189.79 | 1,189.79 | 292.97 |
| 7 | Portfolio Recovery Associates, Llc | 7100-000 | 9,466.00 | 9,466.42 | 9,466.42 | 2,331.01 |
| 8 | Portfolio Recovery Associates, Llc | 7100-000 | 728.00 | 728.36 | 728.36 | 179.35 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Portfolio Recovery Associates, Llc | 7100-000 | 2,287.00 | 2,286.82 | 2,286.82 | 563.12 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 52,987.43 | $ 38,849.76 | $ 38,849.76 | $ 9,566.35 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-26019 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Claudio De Santiago | | | | Date Filed (f) or Converted (c): | 08/12/2016 (f) |
| | Carmen De Santiago | | | | 341(a) Meeting Date: | 09/12/2016 |
| For Period Ending: | 01/17/2018 | | | | Claims Bar Date: | 01/20/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5306 S Kilpatrick Ave Chicago Il 60632-4933 | 107,000.00 | 107,000.00 | | 0.00 | FA |
| 2. 1931 221St St Sauk Village Il 60411-5017 | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 3. Furniture And Household Goods | 1,250.00 | 0.00 | | 0.00 | FA |
| 4. Personal Clothing | 700.00 | 0.00 | | 0.00 | FA |
| 5. Citibank | 1,150.00 | 0.00 | | 0.00 | FA |
| 6. Chase | 875.00 | 0.00 | | 0.00 | FA |
| 7. Us Bank | 20.00 | 0.00 | | 0.00 | FA |
| 8. Contract For Sale Of Laazteca, 1708 Franklin Street, Michiga | 15,600.00 | 11,600.00 | | 11,600.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $146,595.00 $138,600.00 $11,600.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/2017 Total of $9,600 collected; regular monthly installment payments continue

4/2017 Payments continue

9/2016 Trustee made demand for payments Debtors are receiving for sale of business under installments beginning with 10/18/16

Initial Projected Date of Final Report (TFR): 10/31/2018    Current Projected Date of Final Report (TFR): 12/31/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 16-26019 | | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Claudio De Santiago | | Bank Name: | Associated Bank |
| | Carmen De Santiago | | Account Number/CD#: | XXXXXX6271 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX4700 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/17/2018 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/24/16 | 8 | Claudio De Santiago and Carmen DeSantiago | Turnover of Funds Proceeds of sale of Debtors' business under installment contract | 1129-000 | $1,200.00 | | $1,200.00 |
| 12/05/16 | 8 | Carmen De Santiago & Claudio De Santiago | Turnover of Funds Proceeds of sale of Debtors' business under installment contract | 1129-000 | $1,200.00 | | $2,400.00 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,390.00 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,380.00 |
| 01/23/17 | 8 | Carmen and Claudio De Santiago | Turnover of Funds | 1129-000 | $1,200.00 | | $3,580.00 |
| 02/07/17 | 8 | Carment & Claudio De Santiago | Turnover of Funds | 1129-000 | $1,200.00 | | $4,780.00 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,770.00 |
| 03/03/17 | 8 | Carmen & Claudio De Santiago | Installment payment | 1129-000 | $1,000.00 | | $5,770.00 |
| 03/03/17 | 8 | Carmen & Claudio De Santiago | Installment payment | 1129-000 | $200.00 | | $5,970.00 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,960.00 |
| 04/06/17 | 8 | Carmen & Claudio De Santiago | Installment payment | 1129-000 | $1,000.00 | | $6,960.00 |
| 04/06/17 | 8 | Carmen & Claudio De Santiago | Installment payment | 1129-000 | $200.00 | | $7,160.00 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,150.00 |
| 05/04/17 | 8 | Claudio & Carmen De Santiago | Installment payment | 1129-000 | $1,000.00 | | $8,150.00 |
| | | | Page Subtotals: | | $8,200.00 | $50.00 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  |  |
|---|---|---|---|
| Case No: | 16-26019 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Claudio De Santiago | Bank Name: | Associated Bank |
| | Carmen De Santiago | Account Number/CD#: | XXXXXX6271 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4700 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/17/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/04/17 | 8 | Claudio & Carmen De Santiago | Installment payment | 1129-000 | $200.00 | | $8,350.00 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $8,340.00 |
| 06/05/17 | 8 | Carmen & Claudio De Santiago | Installment payment | 1129-000 | $1,000.00 | | $9,340.00 |
| 06/05/17 | 8 | Carmen & Claudio De Santiago | Installment payment | 1129-000 | $200.00 | | $9,540.00 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.23 | $9,527.77 |
| 07/05/17 | 8 | Carmen & Claudio De Santiago | Installment payment | 1129-000 | $1,000.00 | | $10,527.77 |
| 07/06/17 | 8 | Carmen & Claudio De Santiago | Installment payment | 1129-000 | $200.00 | | $10,727.77 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.48 | $10,714.29 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.70 | $10,698.59 |
| 08/21/17 | 8 | Claudio & Carmen De Santiago | Final Installment payment | 1129-000 | $800.00 | | $11,498.59 |
| 11/07/17 | 1001 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,910.00 | $9,588.59 |
| 11/07/17 | 1002 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $22.24 | $9,566.35 |
| | | | Page Subtotals: | | $3,400.00 | $1,983.65 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-26019 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Claudio De Santiago | Bank Name: Associated Bank |
| Carmen De Santiago | Account Number/CD#: XXXXXX6271 |
| | Checking |
| Taxpayer ID No: XX-XXX4700 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/17/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/17 | 1003 | American Infosource Lp As Agent For Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Final distribution to claim 1 representing a payment of 24.62 % per court order. | 7100-000 | | $2,544.82 | $7,021.53 |
| 11/07/17 | 1004 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 2 representing a payment of 24.62 % per court order. | 7100-000 | | $321.99 | $6,699.54 |
| 11/07/17 | 1005 | American Infosource Lp As Agent For Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Final distribution to claim 3 representing a payment of 24.62 % per court order. | 7100-000 | | $233.96 | $6,465.58 |
| 11/07/17 | 1006 | Bmw Financial Services Na, Llc<br>P.O. Box 165028<br>Irving, Tx 75016 | Final distribution to claim 4 representing a payment of 24.62 % per court order. | 7100-000 | | $3,025.41 | $3,440.17 |
| 11/07/17 | 1007 | Capital One Na<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 5 representing a payment of 24.62 % per court order. | 7100-000 | | $73.72 | $3,366.45 |
| 11/07/17 | 1008 | Portfolio Recovery Associates, Llc Successor To Citibank, N.A. (Best Buy)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 6 representing a payment of 24.62 % per court order. | 7100-000 | | $292.97 | $3,073.48 |
| 11/07/17 | 1009 | Portfolio Recovery Associates, Llc Successor To Citibank, N.A.<br>(The Home Depot)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 7 representing a payment of 24.62 % per court order. | 7100-000 | | $2,331.01 | $742.47 |
| 11/07/17 | 1010 | Portfolio Recovery Associates, Llc Successor To Citibank, N.A.<br>(The Home Depot)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 8 representing a payment of 24.62 % per court order. | 7100-000 | | $179.35 | $563.12 |
| 11/07/17 | 1011 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Old Navy)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 9 representing a payment of 24.62 % per court order. | 7100-000 | | $563.12 | $0.00 |
| | | | Page Subtotals: | | $0.00 | $9,566.35 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

| | | |
|---|---:|---:|
| COLUMN TOTALS | $11,600.00 | $11,600.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $11,600.00 | $11,600.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,600.00 | $11,600.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6271 - Checking | $11,600.00 | $11,600.00 | $0.00 |
|  | $11,600.00 | $11,600.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $11,600.00 |
| Total Gross Receipts: | $11,600.00 |

Page Subtotals: $0.00 $0.00